JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :
                                        INDICTMENT
         -v.-                     :

YAW NKETIA,                       :    08 Cr. ___
 a/k/a "Caesar,"
                                  :   **08 CRIM 722**
         Defendant.
                                  :
- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

1. From in or about February 2008, up to and including August 2008, in the Southern District of New York and elsewhere, YAW NKETIA, a/k/a "Caesar," the defendant, having been released from custody under bail conditions while awaiting sentence, unlawfully, willfully, and knowingly, did fail to appear before a court as required by the conditions of his release, to wit, NKETIA, having been released on bail after being convicted at trial of seven counts of aiding and assisting in the preparation of false and fraudulent income tax returns, in violation of Title 18, United States Code, Section 7206(2), as charged in Indictment 06 Cr. 893 (KMK), failed to report to the Pre-Trial Services Office, in violation of his bail conditions, beginning in or about February



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 05 2008

2008, and failed to appear for his sentencing proceeding on March 14, 2008, as required under the conditions of his release.

(Title 18, United States Code, Section 3146(a)(1).)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

8/5/08 *Filed Indictment w/ A/W issued*
*Case assigned to Judge Crotty for all purposes*
*Ellis, USMJ*

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

YAW NKETIA, a/k/a "Caesar,"

Defendant.

### INDICTMENT

08 Cr.

(Title 18, United States Code,
Section 3146(a)(1)).

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.